# IN THE SUPREME COURT OF THE STATE OF NEVADA

BDJ INVESTMENTS, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
                Appellant,
vs.
WELLS FARGO BANK, N.A., A
NATIONAL ASSOCIATION; AND
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., A
FOREIGN CORPORATION,
                Respondents.

No. 78830

FILED

DEC 20 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court summary judgment in an action to quiet title. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

On October 1, 2019, this court entered an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that no final judgment had been entered as claims remained pending below, and the challenged order had not been certified as final pursuant to NRCP 54(b). In response to the order to show cause, appellant indicated that the parties had reached a settlement, and requested an extension of time to either file a stipulated dismissal or to demonstrate this court's jurisdiction. On November 6, 2019, this court entered an order granting the extension request and directing appellant to file, by December 2, 2019, either a motion or stipulation to dismiss this appeal or a response to the order to show cause.

To date, appellant has failed to comply with this court's November 6 order or to otherwise communicate with this court.

19-51529

Accordingly, this court concludes that appellant has abandoned this appeal and

ORDERS this appeal DISMISSED.

_____ Pickering , J.

Pickering

_____ , J.

Parraguirre

_____ Cadish , J.

Cadish

cc: Hon. Kerry Louise Earley, District Judge
John Walter Boyer, Settlement Judge
Ghidotti Berger/Las Vegas
Snell & Wilmer, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A